MINUTE ENTRY
FALLON, J.
NOVEMBER 8, 2018

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO.  17-8

MICHAEL BROWN                               SECTION:  L (3)

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances: AUSA Jonathan Shih, for the 02government
             Jeffrey Smith, Esq., for defendant
             Probation Officer

---

SENTENCING AS TO COUNTS ONE & TWO OF THE BILL OF INFORMATION:

Defendant is present.

There were no objections to the PSI by either the Government or
the defendant.

Sentence: See Judgment in a Criminal Case.

Defendant was remanded to the custody of the U.S. Marshal.


JS-10:  :09