AO 243 (Rev. 09/17)

EASTERN DISTRICT OF LOUISIANA

FILED   NOV 08 2019
                    WS
WILLIAM W. BLEVINS
                    CLERK

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Michael Brown | Docket or Case No.: 17-Cr-08,L(3) |
| Place of Confinement: United State Penitentiary A Twater | Prisoner No.: 37069-034 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted) Brown |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

United States District Court, Eastern District of Louisiana (New Orleans)

(b) Criminal docket or case number (if you know): 17-Cr-08,L (3)

2.  (a) Date of the judgment of conviction (if you know): 01-12-2017

(b) Date of sentencing: 11-08-2018

3.  Length of sentence: 340 Months

4.  Nature of crime (all counts):

18:924 (J)(i), Murder Through use of a firearm CT1

18:2119, Carjacking CT2.

5.  (a) What was your plea? (Check one)

(1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

N/A

Fee
Process
X Dktd
CtRmDep
Doc. No.

6.  If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

TENDERED FOR FILING

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

NOV 08 2019

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?    Yes ☐    No ☑

9.  If you did appeal, answer the following:

(a)  Name of court: _____

(b)  Docket or case number (if you know): _____

(c)  Result: _____

(d)  Date of result (if you know): _____

(e)  Citation to the case (if you know): _____

(f)  Grounds raised:



(g)  Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If "Yes," answer the following:

(1)  Docket or case number (if you know): _____

(2)  Result: _____

_____

(3)  Date of result (if you know): _____

(4)  Citation to the case (if you know): _____

(5)  Grounds raised:



10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1)  Name of court: _____

(2)  Docket or case number (if you know): _____

(3)  Date of filing (if you know): _____

AO 243 (Rev. 09/17)

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:        Yes ☐        No ☑

(2)  Second petition:    Yes ☐        No ☑

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

I forfeited all my right's when I entered a plea of guilty.

AO 243 (Rev. 09/17)

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE:  _I was wrongfully charged in the wrong jurisdiction._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In my own Defense I was charged with 2nd Degree Murder while still fighting my case in the state and upon further review and investigation by the Federal Goverment I was also being charged with Carjacking and Drug Possession these are two seperate investigation's in two seperate judicial system's and they also have no relation but yet the Federal government picked up my murder charge from the state and ran my charges together when these charges have absolutly nothing pertaining to each other and that's a violation of my constitutional right's so I would like for this problem to be corrected.

(b) Direct Appeal of Ground One:
(1)  If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑    No ☐
(2)  If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑
(2)  If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):
_____

(3)  Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☑

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Double Jeopardy.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Upon further investigation in my case. I found that it is un-lawful and also Un-Constitutional to (Double Jeopardy) me. In my case under Plain Error, My sentence, fine's, and my assessment fee's are ran concurrent, but according to documentation it's not. The assessment fee should be Consolidated as $100.00 No matter how many count's according to the Law, which in term should be a automatic vacate of 1 count.

(b) Direct Appeal of Ground Two:

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑    No ☐

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:


_____

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:    _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):


_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☑

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):


_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:



_____

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☑

    (2)  If you did not raise this issue in your direct appeal, explain why:

        N/A

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☑

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☑

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☑

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☑

Michael Brown #37069-034
United States Penitentiary Atwater
P.O. Box 019001
Atwater, CA 95301

SACRAMENTO CA 957

05 NOV 2019 PM 7 L

FOREVER USA    FOREVER USA

Legal Mail

Clerk's Office
United States District Court
Eastern District of Lousiana
500 PoyDras St., Room C-151
New Orleans, LA 70130

7018 0680 0002 3236 7726

