UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| --- | --- | --- |
| VERSUS | * | NO. 17-008 |
| MICHAEL BROWN | * | SECTION: "L" |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

**NOW INTO COURT**, through undersigned counsel, comes defendant Michael Brown, who respectfully requests a two-week extension of the current deadline to file his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the U.S. Sentencing Guidelines. *See* Rec. Doc. 62.

The 821 Committee has reviewed Mr. Brown's case and determined that he is eligible for a sentence reduction based on the retroactive Guideline amendment. However, the government indicated that it intended to oppose a reduction in his case. Accordingly, the 821 Committee requested that the Court set a briefing schedule for the parties to present their positions, and undersigned counsel requested a deadline of July 31, 2024, for the Federal Public Defender to enroll and file a motion on Mr. Brown's behalf. The Court issued an order setting the requested briefing schedule at Rec. Doc. 62.

Undersigned counsel respectfully requests an extension of the current deadline to file Mr. Brown's motion because more time is needed to obtain relevant documents and prepare a motion on Mr. Brown's behalf. Based on counsel's current workload and other upcoming deadlines, counsel requests that the Court grant a two-week extension of the deadline, which should provide sufficient time to obtain the necessary documents and complete Mr. Brown's motion.

Undersigned counsel has contacted Assistant United States Attorney Kevin Boitmann, who advised that the government has no objection to the requested extension.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests a two-week extension of the current deadline to file Mr. Brown's sentence reduction motion, resulting in a new deadline of **August 14, 2024.** Additionally, considering the government's response deadline was set three weeks from Mr. Brown's motion deadline, counsel also requests that the Court extend the government's response deadline by two weeks, to **September 4, 2024**.

Respectfully submitted this 31st day of July, 2024.

CLAUDE J. KELLY
Federal Public Defender

*/s/ Samantha Kuhn*
SAMANTHA J. KUHN
Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
TX Bar No. 24083333

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to the following:

All counsel of record.

*/s/ Samantha J. Kuhn*
SAMANTHA J. KUHN
Assistant Federal Public Defender