UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 17-008 |
| MICHAEL BROWN | * | SECTION: "L" |

**O R D E R**

Considering the foregoing unopposed motion, R. Doc. 66,

**IT IS ORDERED** that Defendant's Motion for Extension of Time to File Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for Defendant shall file a motion for sentence reduction by **August 14, 2024**.

**IT IS FURTHER ORDERED** that the government shall file its response to said motion no later than **September 4, 2024**.

New Orleans, Louisiana, this 31st day of July 2024.

_____
UNITED STATES DISTRICT JUDGE
